UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LAURA OERTLY,                                            Civil Action No.
                                                                      1:14-cv-00624-JTC
       Plaintiff,

   v.                                                             **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

ZWICKER & ASSOCIATES, P.C.,

       Defendant.
-----------------------------------------------------------------x

Pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(i), notice is hereby given by the undersigned counsel for plaintiff Laura Oertly that the above-captioned action is voluntarily dismissed with prejudice against defendant Zwicker & Associates, P.C., each party to bear its own costs.

Dated: Buffalo, New York
       September 16, 2014

                            WESTERN NEW YORK LAW CENTER

                            By:  s/ Matthew Parham
                               Matthew Parham
                            Attorney for Plaintiff
                            Main Seneca Building
                            237 Main Street, Suite 1130
                            Buffalo, New York 14203
                            (716) 855-0203 x112